**Richard Harvey CUHNA, Appellant,**

v.

**Robert E. MONTGOMERY, Linda Lou Montgomery, and Jim Tharp Builders, Inc., Respondents.**

**No. WD 32150.**

Missouri Court of Appeals,
Western District.

July 6, 1982.

Clyde G. Meise, H. William McIntosh, Meise, Cope, Coen & Jester, Kansas City, for appellant.

David C. Christian, Kansas City, W. Dudley Leonard, Independence, for respondents.

Before NUGENT, P. J., and TURNAGE and LOWENSTEIN, JJ.

## ORDER

PER CURIAM.

Appeal from judgment denying relief in action to enforce real estate covenant.

Judgment affirmed. Rule 84.16(b).